**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| CARRIE FOSTER and DAVID FOSTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PINE FOREST MEMORIAL GARDENS LLC, PINE FOREST MEMORIAL GARDENS, INC., STONEMOR, INC. d/b/a EVERSTORY PARTNERS, STONEMOR GP LLC, and EVERSTORY ACQUISITION PORTFOLIO, LLC,<br><br>Defendants. | No. 5:26-CV-00620-FL<br><br>**DEFENDANTS' NOTICE OF INTENT TO OPPOSE PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Defendants Pine Forest Memorial Gardens LLC, StoneMor, Inc. d/b/a Everstory Partners, and Everstory Acquisition Portfolio, LLC (collectively, "Defendants")[1] respectfully advise the Court that they intend to oppose Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 24):

1. Plaintiffs filed their motion seeking leave to amend their complaint (ECF 24) and a supporting memorandum (ECF 25) on October 5, 2026.

2. The proposed amended complaint seeks to add new parties, including two new plaintiffs and two new individual defendants.

3. Defendants oppose the joinder of these new parties, or any amendment that would affect the joinder of these new parties, because the addition of parties appears intended to defeat this Court's jurisdiction following Defendants' removal.

---

[1] Named defendants Pine Forest Memorial Gardens, Inc. and StoneMor GP LLC are not active legal entities, as set forth in the Notice of Removal (ECF No. 1).

4. A party may ordinarily respond to a non-discovery motion within twenty-one days under Local Civil Rule 7.1(f)(1). Defendants do not understand the Court's previous Orders (ECF 18, 21) to modify this timeline with respect to Plaintiffs' Motion for Leave to File First Amended Complaint.

5. Plaintiffs nevertheless alert this Court that they intend to file an opposition to Plaintiffs' Motion for Leave to File First Amended Complaint on or before October 19, 2026.

6. This Notice is submitted in an abundance of caution so that the record reflects Defendants' position; it is not intended as Defendants' substantive response to the Motion. Defendants expressly reserve all rights, defenses, and objections, including without limitation their positions concerning subject-matter jurisdiction, the propriety of removal, joinder of parties, and arbitration, and nothing herein should be construed as a waiver of any such right, defense, or objection.

Respectfully submitted this the 7th day of October, 2026.

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

*/s/ Rachel E. Grossman*
H. Hunter Bruton (N.C. Bar No. 50601)
Rachel E. Grossman (N.C. Bar No. 58606)
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27601-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
hbruton@smithlaw.com
rgrossman@smithlaw.com

*Local Civil Rule 83.1(d) Attorneys*

Courtney L. Schultz (Specially appearing)
Tricia M. Duffy (Specially appearing)
SAUL EWING LLP
1735 Market Street, Suite 3400

Philadelphia, PA 19103-7504
(215) 972-7717
courtney.schultz@saul.com
tricia.duffy@saul.com

Katie M. DeAngelis (N.C. Bar No. 60847)
(Specially appearing)
SAUL EWING LLP
1270 Avenue of Americas, Suite 2800
New York, NY 10020
katie.deangelis@saul.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing Defendants' Notice of Intent to Oppose Plaintiffs' Motion for Leave to File First Amended Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 7th day of October, 2026.

*/s/ Rachel E. Grossman*
Rachel E. Grossman (N.C. Bar No. 58606)